# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 24, 2026

*Before*

AMY J. ST. EVE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-8006 | IN RE:<br>ELIJAH BURCH, et al.,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-01068-SLD-RLH<br>Central District of Illinois<br>District Judge Sara Darrow | |

The following are before the court:

1. **PLAINTIFFS' PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on March 27, 2026, by counsel for the petitioners.

2. **RESPONDENTS' ANSWER IN OPPOSITION TO THE PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 6, 2026, by counsel for the respondents.

**IT IS ORDERED** that the petition is **DENIED**.